UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GARDINER TULL,<br><br>      Plaintiff,<br><br>      v.<br><br>BAKERSFIELD POLICE<br>DEPARTMENT, *et al.*,<br><br>      Defendants. | Case No. 1:26-cv-01851-KES-CDB<br><br>ORDER ON STIPULATION FOR LEAVE<br>FOR PLAINTIFF TO FILE FIRST<br>AMENDED COMPLAINT<br><br>(Doc. 4) |

Plaintiff Kimberly Gardiner Tull initiated this action with the filing of a complaint on March 6, 2026. (Doc. 1). Pending before the Court is the parties' stipulated request for leave for Plaintiff to file a first amended complaint and extend the time by which Defendants must file their response thereto. (Doc. 4).

Rule 15 of the Federal Rules of Civil Procedure permits a party to amend its pleading once as a matter of course no later than 21 days after serving it. However, as Plaintiff has not filed executed summons in this action, it is unclear to the Court when the original complaint was served upon Defendants and, thus, whether Rule 15's grant applies. *See* Fed. R. Civ. P. 15(1)(A).

Regarding the parties' stipulation, pursuant to the Local Rules of this Court, "[i]f filing a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired, counsel shall attach the document proposed to be filed as an exhibit to moving papers seeking such leave and lodge a proposed order as required by these Rules." Local

Rule 137(c).  Failure to comply with Local Rule 137(c) is grounds for denial of a request to amend. *See, e.g.*, *Herrera v. California Highway Patrol*, No. 1:15-CV-01882-TLN-SAB, 2017 WL 590244, at *2 (E.D. Cal. Feb. 14, 2017) ("When a party fails to comply with Local Rule 137(c), the party's request should be denied.").

Here, the parties' stipulated request fails to attach a copy of the proposed first amended complaint, in violation of Local Rule 137(c).  Accordingly, the Court will deny the stipulated request without prejudice to the parties filing a renewed stipulation in compliance with the Local Rules.

**Conclusion and Order**

For the foregoing reasons, IT IS HEREBY ORDERED that the parties' stipulated request for leave for Plaintiff to file a first amended complaint (Doc. 4) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

UNITED STATES MAGISTRATE JUDGE

2